UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

Nos. 11-2767, 11-4032 & 13-1084

_____

UNITED STATES OF AMERICA

v.

RICHARD CORBIN
a/k/a ASHEED
a/k/a SHEED
a/k/a RICHARD RASHEED CORBIN

Richard Corbin,
         Appellant  (Nos. 11-2767 & 13-1084)

_____

UNITED STATES OF AMERICA

v.

JOHNNIE CORLEY,
a/k/a
BLACK,
a/k/a
C,
a/k/a
CURLEY

Johnnie Corley,
         Appellant  (No. 11-4032)

_____

Appeal from the United States District Court
for the Eastern District of Pennsylvania
(D.C. Criminal Action Nos. 2-10-cr-00352-002/003)
District Judge: Honorable Michael M. Baylson

_____

Before: AMBRO, SCIRICA, and ROTH, Circuit Judges

(Opinion filed April 21, 2015)

**ORDER  AMENDING  OPINION**

AMBRO, Circuit Judge

IT IS NOW ORDERED that the Not Precedential Opinion in the above case filed April 21, 2015, be amended as follows:

On page 8, footnote 2, starting twelfth line down, each time the name "Corbin" appears, replace it with "Corley" so that the text will read:

". . . jeopardy; (9) Corley's challenges to the grand jury proceedings; (10); Corley's argument that the trial proceedings caused a variance; (11) Corley's claims relating to the Government's introduction of evidence regarding his cell phone usage at or near the time of the robberies; and (12) Corley's attack on the jury instructions."

By the Court,

s/ Thomas L. Ambro, Circuit Judge

Dated:          February 4, 2016